**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

ABDUL WAHEED NADIR        CIVIL ACTION NO. 26-0725

                                         SECTION P

VS.

                                         JUDGE ROBERT R. SUMMERHAYS

U.S. IMMIGRATION & CUSTOMS       MAG. JUDGE KAYLA D. MCCLUSKY
ENFORCEMENT

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Abdul Waheed Nadir's petition for habeas corpus is **GRANTED**: Respondents, and the Warden of River Correctional Center, shall (A) immediately release Petitioner from custody without bond, under reasonable conditions of supervision if necessary; and (B) if Petitioner has family and/or an emergency contact on record, notify them of the exact location and time of his release no less than two hours before his release.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED Respondents shall, within **24 hours** after Petitioner's release, file a status report confirming his release.

LAFAYETTE, LOUISIANA, this _30th_ day of June, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE